No. 64, Orig. NEW HAMPSHIRE *v.* MAINE. Motion of New Hampshire Commercial Fishermen's Assn. et al. for

leave to intervene referred to Special Master. [For earlier orders herein, see, e. g., 414 U. S. 996.]